**Gerti MUHO, Plaintiff-Appellant,**

**v.**

**CITIBANK, NA, Defendant-Appellee.**

**No. 15-16490**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Gerti Muho, Pro Se

Michael R. Simmonds, Simmonds & Narita, LLP, San Francisco, CA, for Defendant-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Gerti Muho appeals pro se from the district court's judgment dismissing his diversity action alleging breach of contract and tort claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010), and we affirm.

The district court properly dismissed Muho's action because Muho failed to allege facts sufficient to state any plausible claim for relief. *See id.* at 341-42 (though pro se pleadings are to be liberally construed, a plaintiff must still present factual allegations sufficient to state a plausible claim for relief); *Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121-22 (9th Cir. 2008) ("A Rule 12(b)(6) dismissal may be based on either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." (citations and internal quotation marks omitted)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We reject as without merit Muho's contentions that the district court violated his right to procedural due process.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.